IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corp.; | |
| Plaintiff, | 8:12CV264 |
| vs. | |
| DAVID FLORANCE, MICHELLE FLORANCE, FRIEND OF A FRIEND, INC., | MEMORANDUM AND ORDER |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1) Paragraph 3 of the court's order entered on July 17, 2013, (Filing No. 79), is set aside.

2) A telephonic conference before the undersigned magistrate judge will be held on August 14, 2013 at 2:00 p.m. to discuss the further progression of this case. Counsel for plaintiff shall place the call.

July 24, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge