IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corp.; <br><br> Plaintiff, <br><br> vs. <br><br> DAVID FLORANCE, MICHELLE FLORANCE, FRIEND OF A FRIEND, INC., <br><br> Defendants. | 8:12CV264 <br><br> **ORDER** |

IT IS ORDERED:

1) Defendants' response to plaintiffs' Motion to Compel (*expedited*), (Filing No. 97), shall be filed on or before October 10, 2013.

2) No reply shall be filed absent leave of the court for good cause shown.

October 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge