IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corp.; <br><br> Plaintiff, <br><br> vs. <br><br> DAVID FLORANCE, MICHELLE FLORANCE, FRIEND OF A FRIEND, INC., <br><br> Defendants. | 8:12CV264 <br><br> **ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Kirk E. Goettsch as counsel of record on behalf Defendants David Florance, Michelle Florance, and Friend of a Friend, Inc., (filing no. 114), is granted.

November 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge