IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corp.; <br><br> Plaintiff, <br><br> vs. <br><br> DAVID FLORANCE, MICHELLE FLORANCE,  FRIEND OF A FRIEND, INC., <br><br> Defendants. | 8:12CV264 <br><br> **ORDER** |

IT IS ORDERED:

1) The parties' joint motion, (Filing No. 156), is granted.

2) The deadline for filing motions to dismiss and motions for summary judgment is March 21, 2014.

3) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **May 12, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.   Jury selection will be held at the commencement of trial.

4) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 29, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 28, 2014.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

February 28, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge