IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corp.;<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID FLORANCE, MICHELLE FLORANCE, FRIEND OF A FRIEND, INC.,<br><br>        Defendants. | 8:12CV264<br><br>**ORDER** |

A pretrial conference is scheduled in this case for April 29, 2014 and the jury trial is scheduled for May 12, 2014. Defendants' motion for partial summary judgment is pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. Within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

Dated this 10th day of April, 2014.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge